UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVE VAN ELZEN, and AUBREY MOORE individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TREND CAPITAL HOLDINGS INC., a Delaware corporation,<br><br>Defendant. | CASE NO. 3:16-cv-05759<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs David Van Elzen and Aubrey Moore ("Plaintiffs") and Defendant Trend Capital Holdings, Inc. ("Defendant" or "Trend"), through their counsel, stipulate as follows:

1. Plaintiffs filed this putative class action against Defendant.

2. Plaintiffs have agreed to dismiss their individual claims against Trend with prejudice.

3. The dismissal of this case is without prejudice as to all putative, unidentified class members, if any. Defendant disputes that this matter is suitable for class treatment pursuant to Rule 23.

4. Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time.  Rule 23(e) does not limit the right to stipulate to dismissal of this action because it only applies to certified classes, and no class has been certified in this matter.  No

STIPULATION OF DISMISSAL            - 1 -

notice is required to putative class members under Rule 23(e) since the dismissal of Plaintiff's individual claims does not bind them in any way.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant agree that the action shall be dismissed in its entirety and with prejudice with respect to the claims alleged by Plaintiffs individually against Defendant, and without prejudice as to any claims alleged by the putative, uncertified class against Defendant.

Plaintiffs and Defendant further agree that each party shall bear her, his, or its own costs and attorney fees.

IT IS SO STIPULATED.

August 1, 2017

Respectfully Submitted,

**DAVE VAN ELZEN AND AUBREY MOORE,** individually and on behalf of all others similarly situated,

s/  Patrick H. Peluso

Steven L. Woodrow*
Patrick H. Peluso*
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Tel:     (720) 213-0675
Fax:     (303) 927-0809
Email:  swoodrow@woodrowpeluso.com
            ppeluso@woodrowpeluso.com

Attorneys for Plaintiff and the Classes

*Pro hac vice

**TREND CAPITAL HOLDINGS INC.**

By: /s/ Anna Sortun
**Anna Sortun**
TONKON TORP LLP
1600 PIONEER TOWER

STIPULATION OF DISMISSAL                              - 2 -

888 SW 5TH AVENUE, SUITE 1600
PORTLAND, OR 97024
503-802-2107
Email: anna.sortun@tonkon.com
*Attorneys for Defendant*

STIPULATION OF DISMISSAL - 3 -